```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 24607
    SHAWN T CUMMINGS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-8295


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 09/17/2008 and was not confirmed.

    The case was dismissed without confirmation 01/08/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------

IL STATE DISBURSEMENT UN  DSO ARREARS     NOT FILED           .00           .00
IL STATE DISBURSEMENT UN  UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          923.47           .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          855.77           .00           .00
CRANDON EMERGENCY PHYSIC  UNSECURED       NOT FILED           .00           .00
GREGORY EMERGENCY PHY     UNSECURED       NOT FILED           .00           .00
GREGORY EMERGENCY PHY     UNSECURED       NOT FILED           .00           .00
NUVELL CREDIT CO LLC      UNSECURED        12293.29           .00           .00
PORTFOLIO RECOVERY        UNSECURED           107.52          .00           .00
SOUTH SHORE HOSPITAL      UNSECURED       NOT FILED           .00           .00
ILLINOIS SECRETARY OF ST  UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED           .00           .00
PRA RECEIVABLES MANAGEME  UNSECURED           200.05          .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      50.00            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                       .00                      .00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 24607 SHAWN T CUMMINGS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE